FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 06, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAMANTHA FAWN SANDOVAL,<br><br>Defendant. | No. 2:22-CR-00125-TOR-1<br><br>ORDER FOLLOWING DETENTION REVIEW HEARING AND GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**MOTION GRANTED**<br>**(ECF No. 30)** |

On December 6, 2022, the Court held a detention review hearing for SAMANTHA FAWN SANDOVAL. Defendant appeared while out of custody with Assistant Federal Defender Amy Rubin. Assistant U.S. Attorney Daniel Fruchter represented the United States. U.S. Probation Officer Mark Hedge was also present.

Defendant, through counsel, presented a proposed release plan to reside at a clean and sober residence, specifically an Oxford House, while she engages in intensive outpatient treatment. The United States does not oppose Defendant's release plan. U.S. Probation Officer Mark Hedge addressed the Court and is also in agreement with Defendant remaining released as proposed.

ORDER - 1

The Court has reviewed Defendant's Motion to Modify Conditions of Release, **ECF No. 30.** After consideration of Defendant's Motion to Modify Conditions of Release, **ECF No. 30**, the Court **GRANTS** Defendant's Motion.

Defendant shall be released from inpatient substance abuse treatment on December 7, 2022, on the previously ordered conditions of pretrial release set forth in the Court's prior Order at ECF No. 26 subject to the following modifications and additional conditions, including that she appears for all hearings and that she remains in contact with her counsel. The Court strikes Condition Nos. 12 and 17 in the Order Following Detention Review Hearing, ECF No. 26, and imposes the following additional conditions:

1) Defendant shall reside at Oxford House and abide by all rules and regulations of their facility and may not change residences without permission from Pretrial Services.

2) Defendant shall follow all treatment recommendations imposed by her substance abuse treatment program and by Oxford House and/or Pretrial Services.

3) Defendant shall submit to random urinalysis and/or breathalyzer testing as directed by the United States Probation/Pretrial Services Office for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing up to six times per month.

**IT IS SO ORDERED.**

DATED December 6, 2022.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2