UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 28, 2023

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Sandoval, Samantha Fawn | Docket No. | 0980 2:22CR00125-TOR-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW, Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Samantha Fawn Sandoval, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke sitting in the court at Spokane, Washington, on the 2nd day of November 2022 (ECF No. 26), as well as the 6th day of December 2022 (ECF No. 33), under the following conditions:

**Standard Condition #10:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Additional Condition #3:** Defendant shall submit to random urinalysis and/or Breathalyzer testing as directed by the United States Probation/Pretrial Services Office for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing up to six times per month.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On December 9, 2022, the undersigned officer reviewed the conditions of pretrial release supervision with Ms. Sandoval. Ms. Sandoval acknowledged an understanding of the conditions at that time.

**Violation #1:** Samantha Fawn Sandoval is alleged to have violated the conditions of pretrial release supervision by admitting to ingesting fentanyl and methamphetamine on or about February 4, 2023.

On February 9, 2023, Ms. Sandoval reported to the U.S. Probation Office in Spokane, Washington, and provided a urine specimen that tested presumptive positive for the presence of fentanyl and methamphetamine. Ms. Sandoval signed a substance abuse admission form acknowledging she ingested fentanyl and methamphetamine on or about February 4, 2023.

**Violation #2:** Samantha Fawn Sandoval is alleged to have violated the conditions of pretrial release supervision by failing to report for random drug testing at Pioneer Human Services on or about February 7, 2023.

On or about December 28, 2023, the undersigned officer referred Ms. Sandoval to the phase urinalysis testing program at Pioneer Human Services (PHS). Ms. Sandoval was instructed to contact PHS on a daily basis to determine if she was required to submit to random drug testing.

On February 7, 2023, Ms. Sandoval failed to appear at Pioneer Human Services for random drug testing.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: February 17, 2023

by s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

2/28/23

Date