UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 15, 2023

SEAN F. MCAVOY, CLERK

| U.S.A. vs. | Sandoval, Samantha Fawn | Docket No. | 0980 2:22CR00125-TOR-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW, Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Samantha Fawn Sandoval, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the Court at Spokane, Washington, on the 2nd day of November 2022 (ECF No. 26), as well as the 6th day of December 2022 (ECF No. 33), under the following conditions:

**Standard Condition #10:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On December 9, 2022, the undersigned officer reviewed the conditions of pretrial release supervision with Ms. Sandoval. Ms. Sandoval acknowledged an understanding of the conditions at that time.

**Violation #3:** Samantha Fawn Sandoval is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence of cocaine, amphetamine, methamphetamine and fentanyl on or about March 1, 2023.

On March 1, 2023, Ms. Sandoval reported to Pioneer Human Services and provided a urine specimen that tested presumptive positive for the presence of amphetamine, methamphetamine, cocaine and fentanyl. Ms. Sandoval signed a substance abuse admission form acknowledging her use of those substances, but did not specify a date. Subsequently, the urine specimen was sent to Alere Toxicology Services (Alere) for further analysis.

On March 8, 2023, Alere confirmed the above-noted urine specimen tested positive for the presence of cocaine.

On March 11, 2023, Alere confirmed the above-noted urine specimen tested positive for the presence of amphetamine and methamphetamine.

On March 13, 2023, Alere confirmed the above-noted urine specimen tested positive for the presence of norfentanyl and fentanyl.

**Violation #4:** Samantha Fawn Sandoval is alleged to have violated the conditions of pretrial release supervision by admitting to ingesting fentanyl every other day for approximately 2 weeks on or about March 7, 2023.

On March 7, 2023, Ms. Sandoval reported to the U.S. Probation Office and met with the undersigned officer. During that meeting, Ms. Sandoval admitted she had been ingesting fentanyl every other day for the past 2 weeks, with her last admitted use being on or about March 6, 2023. Subsequently, Ms. Sandoval signed a substance abuse admission form acknowledging her use of fentanyl.

**Violation #5:** Samantha Fawn Sandoval is alleged to have violated the conditions of pretrial release supervision by admitting to ingesting methamphetamine and fentanyl on or about March 13, 2023.

On March 14, 2023, Ms. Sandoval reported to the U.S. Probation Office and met with the undersigned officer. During that meeting, Ms. Sandoval admitted she ingested methamphetamine and fentanyl on or about March 13, 2023. Subsequently, Ms. Sandoval signed a substance abuse admission form acknowledging her use of those substances.

**Violation #6:** Samantha Fawn Sandoval is alleged to have violated the conditions of pretrial release supervision by admitting to ingesting fentanyl every other day since approximately March 7, 2023.

On March 14, 2023, Ms. Sandoval reported to the U.S. Probation Office and met with the undersigned officer. During that meeting, Ms. Sandoval admitted she had been ingesting fentanyl every other day since approximately March 7, 2023. Subsequently, Ms. Sandoval signed a substance abuse admission form acknowledging her use of fentanyl.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATIONS PREVIOUSLY REPORTED TO THE COURT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: March 15, 2023

by    s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[ ]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Signature of Judicial Officer

3/15/23
Date