FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 21, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAMANTHA FAWN SANDOVAL,<br><br>Defendant. | No. 2:22-CR-00125-TOR-1<br><br>ORDER FOLLOWING DETENTION REVIEW HEARING AND GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**MOTION GRANTED**<br>**(ECF No. 55)** |

On April 18, 2023, the Court held a detention review hearing for SAMANTHA FAWN SANDOVAL. Defendant appeared while out of custody with Assistant Federal Defender Amy Rubin. Contract Attorney Allie Jensen represented the United States. U.S. Probation Officer Erik Carlson was also present.

The Court addressed the Defendant. The Court has reviewed Defendant's Motion to Modify Conditions of Release, **ECF No. 55.** The United States and U.S. Probation do not oppose Defendant remaining released and residing at the Thor Oxford House.

Accordingly, **IT IS ORDERED**:

1. After consideration of the Defendant's Motion to Modify Conditions of Release, **ECF No. 55**, the Court **GRANTS** Defendant's Motion. Defendant

ORDER - 1

shall be released on **April 19, 2023**, to a representative to be transported to Thor Oxford House.

      2.    Defendant is released on the previously ordered conditions of pretrial release set forth in the Court's prior Order at ECF No. 54 as follows, and the additional conditions that she appear for all hearings and that she remains in contact with her counsel: The Court strikes Conditions Nos. 2 and 8 in the Order Following Initial Appearance on Pretrial Release Petition and Pretrial Release Revocation Hearing, ECF No. 54, and imposes the following additional conditions:

(1) Defendant shall reside at the Thor Oxford House and abide by all rules and regulations of their facility and may not change residences without permission from Pretrial Services.

(2) Defendant shall follow all treatment recommendations imposed by her substance abuse treatment program and by the Thor Oxford House and/or Pretrial Services.

(3) Defendant shall submit to random urinalysis testing (or any other form of prohibited substance testing) and/or breathalyzer testing as directed by the United States Probation/Pretrial Services Office, up to six (6) times a month.

**IT IS SO ORDERED.**

DATED April 21, 2023.



_____  
JAMES A. GOEKE  
UNITED STATES MAGISTRATE JUDGE

ORDER - 2