UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 18, 2023

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Sandoval, Samantha Fawn | Docket No. | 0980 2:22CR00125-TOR-1 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

COMES NOW, Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Samantha Fawn Sandoval, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the Court at Spokane, Washington, on the 2nd day of November 2022 (ECF No. 26), as well as the 6th day of December 2022 (ECF No. 33), under the following conditions:

**Standard Condition #10:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Additional Condition #3:** Defendant shall submit to random urinalysis and/or Breathalyzer testing as directed by the United States Probation/Pretrial Services Office for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing up to six times per month.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On December 9, 2022, the undersigned officer reviewed the conditions of pretrial release supervision with Ms. Sandoval. Ms. Sandoval acknowledged an understanding of the conditions at that time.

**Violation #1:** Samantha Fawn Sandoval is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence of amphetamine, methamphetamine, and fentanyl on or about June 23, 2023.

On June 23, 2023, Ms. Sandoval reported to Pioneer Human Services and provided a urine specimen that tested presumptive positive for the presence of amphetamine, methamphetamine, and fentanyl. Ms. Sandoval signed a substance abuse admission form acknowledging her use of those substances, but did not specify the date of her use. Subsequently, the urine specimen was sent to Alere Toxicology Services, Inc. (Alere) for further analysis.

On June 30, 2023, Alere confirmed the above-noted urine specimen tested positive for the presence of fentanyl.

On July 5, 2023, Alere confirmed the above-noted urine specimen tested positive for the presence of amphetamine and methamphetamine.

**Violation #2:** Samantha Fawn Sandoval is alleged to have violated the conditions of pretrial release supervision by admitting to ingesting methamphetamine and fentanyl on or about July 4, 2023.

On July 6, 2023, Ms. Sandoval reported to the U.S. Probation Office to submit to drug testing. Prior to the drug test being administered, Ms. Sandoval admitted she ingested methamphetamine and fentanyl on or about July 4, 2023. Subsequently, Ms. Sandoval signed a substance abuse admission form.

It should be noted, Ms. Sandoval reported to the U.S. Probation Office again on July 7, 2023, and provided a urine sample that tested presumptive positive for the presence of amphetamine, methamphetamine, fentanyl, and buprenorphine (Suboxone). The sample was not sent in for laboratory confirmation due to the above-noted admission on July 6, 2023, and the result also being consistent with her prescribed medication.

**Violation #3:** Samantha Fawn Sandoval is alleged to have violated the conditions of pretrial release supervision by failing to submit to random drug testing on or about June 16, 2023.

On or about December 28, 2022, the undersigned officer referred Ms. Sandoval to the phase urinalysis testing program at Pioneer Human Services (PHS). Ms. Sandoval was instructed to contact PHS on a daily basis to determine if she was required to submit to random drug testing.

On June 16, 2023, Ms. Sandoval reported to PHS for random drug testing. Ms. Sandoval allegedly stalled and failed to produce a urine specimen on that date.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:   July 14, 2023

by   s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

7/18/23

Date