# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 08, 2023

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Sandoval, Samantha Fawn | Docket No. | 0980 2:22CR00125-TOR-1 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

COMES NOW, Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Samantha Fawn Sandoval, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the Court at Spokane, Washington, on the 2nd day of November 2022 (ECF No. 26), as well as the 6th day of December 2022 (ECF No. 33), under the following conditions:

**Standard Condition #10:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Additional Condition #3:** Defendant shall submit to random urinalysis and/or Breathalyzer testing as directed by the United States Probation/Pretrial Services Office for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing up to six times per month.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On December 9, 2022, the undersigned officer reviewed the conditions of pretrial release supervision with Ms. Sandoval. Ms. Sandoval acknowledged an understanding of the conditions at that time.

**Violation #4:** Samantha Fawn Sandoval is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence of fentanyl on July 10, 2023.

On July 10, 2023, Ms. Sandoval reported to Pioneer Human Services (PHS) and provided a urine specimen that tested presumptive positive for the presence of methamphetamine and fentanyl. Ms. Sandoval claimed the presumptive positive result was residual from her previous use of those substances between July 4 and 5, 2023. Subsequently, the urine specimen was sent to Alere Toxicology Services, Inc. (Alere) for further analysis.

On July 18, 2023, Alere confirmed the above-noted urine specimen tested positive for the presence of fentanyl.

It should be noted, the undersigned officer has been unable to locate any laboratory results from Alere regarding methamphetamine testing related to the above-noted urine specimen.

**Violation #5:** Samantha Fawn Sandoval is alleged to have violated the conditions of pretrial release supervision by failing to appear for random drug testing on July 21, 2023.

On or about December 28, 2022, the undersigned officer referred Ms. Sandoval to the phase urinalysis testing program at PHS. Ms. Sandoval was instructed to contact PHS on a daily basis to determine if she was required to submit to random drug testing.

On July 21, 2023, Ms. Sandoval failed to report to PHS for random drug testing.

Re: Sandoval, Samantha Fawn
August 8, 2023
Page 2

It should be noted, on July 24, 2023, the undersigned officer contacted Ms. Sandoval regarding her missed drug test. She advised she was experiencing a toothache on July 21, 2023 and failed to contact PHS. Later on July 24, 2023, Ms. Sandoval reported to the U.S. Probation Office and provided a urine specimen with negative results.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATIONS PREVIOUSLY REPORTED TO THE COURT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: August 8, 2023

by s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

8/8/23

Date