PROB 12C
, 2026
(6/16)

ECF No 109

Report Date:  May 14

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 15, 2026

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Samantha Fawn Sandoval        Case Number: 0980 2:22CR00125-TOR-

Address of Offender: █████████████████████ Spokane, Washington 99218

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Senior U.S. District Judge

Date of Original Sentence: January 5, 2025

Original Offense:    Possession with Intent to Distribute 40 Grams or More of Fentanyl, 21 U.S.C. § 841(a)(1)

Original Sentence:    Prison - 366 days        Type of Supervision: Supervised Release
TSR - 60 months

Asst. U.S. Attorney:    Caitlin A. Baunsgard        Date Supervision Commenced: October 24, 2025

Defense Attorney:    Amy H. Rubin        Date Supervision Expires: October 23, 2030

---

### PETITIONING THE COURT

To issue a summons.

On October 28, 2025, the offender's conditions of supervision were explained by the probation officer and she signed said conditions acknowledging she understood her requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: The offender is alleged to have violated special condition number 6, by ingesting a controlled substance, methamphetamine, on or about April 24, 2026.

On April 24, 2026, a sweat patch was placed on the offender.  The sweat patch was removed on May 1, 2026, at which time it was sent to the laboratory for drug testing.

On May 11, 2026, the probation officer received notification that the above-referenced sweat patch was confirmed positive for methamphetamine.

Prob12C
**Re: Sandoval, Samantha Fawn**
**May 14, 2026**
**Page 2**

**Standard Condition # 4**: You must be truthful when responding to the questions asked by the probation officer.

**Supporting Evidence**: The offender is alleged to have violated standard condition number 4, by being untruthful with the probation officer when questioned about her drug use on or about May 12, 2026.

On May 12, 2026, the offender reported for a scheduled office appointment to discuss the positive sweat patch result noted in violation number 1. When questioned, Ms. Sandoval was adamant she had not used methamphetamine. She was given multiple opportunities to be forthcoming about her drug use, but she continued to deny use.

Ms. Sandoval was untruthful with the probation officer, as evidenced by her positive sweat patch result. She also later admitted to the probation officer that she ingested methamphetamine.

**Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: The offender is alleged to have violated special condition number 6, by ingesting a controlled substance, methamphetamine, on or about May 8, 2026.

On May 12, 2026, the probation officer questioned Ms. Sandoval about her drug use. At that time, she admitted to using methamphetamine on or about May 8, 2026.

**Standard Condition # 13:** You must follow the instructions of the probation officer related to the conditions of supervision.

**Supporting Evidence:** The offender is alleged to have violated standard condition number 13, by failing to follow the instructions of the probation officer.

On October 28, 2025, the probation officer reviewed the substance abuse testing instructions with the offender, at which time she was instructed not utilize a product of any kind that could be used to defeat or falsify a urinalysis test. She also signed the document indicating she understood this requirement.

On May 12, 2026, the offender disclosed that she has used various products to flush her system in an effort to pass her urinalysis tests.

Prob12C

**Re: Sandoval, Samantha Fawn**
**May 14, 2026**
**Page 3**

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     May 14, 2026

s/ Lori Cross

Lori Cross
U.S. Probation Officer

## THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Signature of Judicial Officer

May 15, 2026

Date